IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-13-RLV-DCK

| ANGELA SHOEMAKE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| ELI LILLY AND COMPANY, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by Rebecca Cameron Blount, concerning Thomas P. Cartmell on January 28, 2013. Mr. Thomas P. Cartmell seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 5) is **GRANTED.** Mr. Thomas P. Cartmell is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: January 28, 2013

David C. Keesler
United States Magistrate Judge