IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| | |
|---|---|
| ANGELA SHOEMAKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 17) filed by Paul J. Osowski, concerning Eric J. Rothschild on April 22, 2013. Mr. Eric J. Rothschild seeks to appear as counsel *pro hac vice* for Defendant Eli Lilly and Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 17) is **GRANTED.** Mr. Eric J. Rothschild is hereby admitted *pro hac vice* to represent Defendant Eli Lilly and Company.

Signed: April 22, 2013

David C. Keesler
United States Magistrate Judge