# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| | |
|---|---|
| **ANGELA SHOEMAKE, Individually, and as Natural Parent and Guardian of minor child, J.S.,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | **ORDER** |
| **ELI LILLY & COMPANY,** ) ) | |
| **Defendant.** ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Modification And Extension Of ADR Deadline" (Document No. 57) filed January 23, 2014. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

The parties shall conduct ADR, and file a report on the results on or before **March 9, 2015**. The parties shall file a joint "Notice" with the Court, on or before **February 9, 2015**, identifying their mediator and mediation date. Further extensions of the deadlines in this case are unlikely, barring extraordinary circumstances.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Modification And Extension Of ADR Deadline" (Document No. 57) is **GRANTED**, as directed herein. The remaining case deadlines are as follows: Identify Mediator and Mediation Date – **February 9, 2015**; Defendant's Expert Report – **February 13, 2015**; Discovery Completion – **March 2, 2015**; ADR Report – **March 9, 2015**; Motions – **March 16, 2015**; Trial – **July 6, 2015**.

**SO ORDERED**.

Signed: January 23, 2015

David C. Keesler
United States Magistrate Judge