IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| | |
|---|---|
| ANGELA SHOEMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 65) filed by Paul J. Osowski concerning Ronni E. Fuchs on February 19, 2015. Ronni E. Fuchs seeks to appear as counsel *pro hac vice* for Defendant Eli Lilly and Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 65) is **GRANTED.** Ronni E. Fuchs is hereby admitted *pro hac vice* to represent Defendant Eli Lilly and Company.

Signed: February 19, 2015

_____
David C. Keesler
United States Magistrate Judge