IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| ANGELA SHOEMAKE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ELI LILLY AND COMPANY, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 70) filed by Paul J. Osowski concerning Christopher W. Wasson on March 12, 2015. Mr. Christopher W. Wasson seeks to appear as counsel *pro hac vice* for Defendant Eli Lilly and Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admission To Practice *Pro Hac Vice* (Document No. 70) is **GRANTED.** Mr. Christopher W. Wasson is hereby admitted *pro hac vice* to represent Defendant Eli Lilly and Company.

Signed: March 12, 2015

David C. Keesler
United States Magistrate Judge