IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| | |
|---|---|
| ANGELA SHOEMAKE, Individually, and as Natural Parent and Guardian of minor child, J.S., )<br><br>Plaintiff, )<br><br>v. )<br><br>ELI LILLY & COMPANY, )<br><br>Defendant. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Eli Lilly And Company's Motion To Seal" (Document No. 85) filed May 4, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Eli Lilly And Company's Motion To Seal" (Document No. 85) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents shall be sealed until otherwise ordered by the Court:

1. Memorandum in Support of Motion for Summary Judgment Based on Plaintiff's Failure to Prove General Causation, Specific Causation, Inadequate Warning and Proximate Causation (Document No. 104);

2. Memorandum in Support of Motion for Partial Summary Judgment Based on Federal Preemption of Plaintiff's Failure-to-Warn Claims (Document No. 108);

3. Memorandum in Support of Motion to Exclude the Proposed Testimony of Barbara K. Burton, M.D. (Document No. 88);

4. Memorandum in Support of Motion to Exclude the Proposed Testimony of Mila G. Carlson, Ph.D., R.N., CLNC, CNLCP and Jeffrey B. Opp (Document No. 97);

5. Memorandum in Support of Motion to Exclude the Proposed Testimony of Nicholas Jewell, Ph.D. (Document No. 94);

6. Memorandum in Support of Motion to Exclude the Proposed Testimony of Thomas W. Sadler, Ph.D. and Robert M. Cabrera, Ph.D. (Document No. 100);

7. Memorandum in Support of Motion to Exclude the Proposed Testimony of Clifford Siporin, Ph.D. (Document No. 91); and

8. Exhibits 45 – 101 from the "Index to Exhibits in Defendant's Memoranda in Support of Motions for Summary Judgment and To Exclude Expert Testimony Filed May 4, 2015." (Document No. 112).

**SO ORDERED**.

Signed: May 7, 2015

David C. Keesler
United States Magistrate Judge