IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:13CV13-RLV

| | | |
|---|---|---|
| ANGELA SHOEMAKE, | ) | |
| Individually, and as Natural Parent | ) | |
| and as Lawful Guardian ad litem of | ) | **O R D E R** |
| Minor Child, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELI LILLY COMPANY, | ) | |
|     Defendant. | ) | |

**THIS MATTER** is before the court *sua sponte* concerning the procedure for addressing deposition designations in advance of the November 2, 2015 jury trial.

First, <u>on or before October 16, 2015</u>, the parties shall meet and confer, in good faith, with the goal of narrowing (or resolving entirely) any remaining objections to deposition designations. Secondly, the parties may exchange with each other, rather than file with the Court, all of their respective deposition designations, objections, and counter-designations. After the October 16, 2015 meet and confer session, the parties shall file with the Court only those documents relevant to any outstanding matters that require court intervention.

    **SO ORDERED.**

Signed: August 28, 2015

Richard L. Voorhees
United States District Judge