**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:13-CV-013-RLV-DCK**

| | | |
|---|---|---|
| **ANGELA SHOEMAKE, Individually, and** | ) | |
| **as Natural Parent and Guardian of minor** | ) | |
| **child, J.S.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ELI LILLY & COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

   **THIS MATTER IS BEFORE THE COURT** on "Defendant Eli Lilly And Company's Motion To Seal Its Initial Motions In Limine And Exhibits Thereto" (Document No. 240) filed November 18, 2015.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

   **IT IS, THEREFORE, ORDERED** that "Defendant Eli Lilly And Company's Motion To Seal Its Initial Motions In Limine And Exhibits Thereto" (Document No. 240) is **GRANTED**.

   **IT IS FURTHER ORDERED** that the following documents shall be sealed until otherwise ordered by the Court:

1. Motion *in limine* No. 1 to Exclude Evidence or Argument of Prozac's Change from Pregnancy Category B to C;

2. Motion *in limine* No. 2 to Exclude Evidence and Argument that Lilly Should Have Established a Pregnancy Registry or Conducted Other Additional Testing; and

3.  Exhibits 9-16 from the "Index to Exhibits in Defendant's Memoranda in Support of

    Motions *in limine* Filed November 18, 2015" (the "Index").

**SO ORDERED**.

Signed: November 23, 2015

David C. Keesler
United States Magistrate Judge