| | | |
|---|---|---|
| ANGELA SHOEMAKE, Individually, and as Natural Parent and Guardian of minor child, J.S., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ELI LILLY & COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Eli Lilly And Company's Unopposed Motion To Seal Its Memorandum Of Law In Support Of Its Motion Under F.R.C.P. 16(f) To Enforce The Court's Scheduling Orders Regarding The Timing Of Expert Disclosures And Exclude The Ten-Month Late 'Rebuttal' Expert Report Of Dr. Adam Urato And Exhibits Thereto" (Document No. 269) filed December 15, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Eli Lilly And Company's Unopposed Motion To Seal Its Memorandum Of Law In Support Of Its Motion Under F.R.C.P. 16(f) To Enforce The Court's Scheduling Orders Regarding The Timing Of Expert Disclosures And Exclude The Ten-Month Late 'Rebuttal' Expert Report Of Dr. Adam Urato And Exhibits Thereto" (Document No. 269) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents shall be sealed until otherwise ordered by the Court:

1. Memorandum of Law in Support of Lilly's Motion Under F.R.C.P. 16(f) to Enforce the Court's Scheduling Orders Regarding the Timing of Expert Disclosures and Exclude the Ten-Month Late "Rebuttal" Expert Report of Dr. Adam Urato (Document No. 272); and

2. Exhibits 1-29 from the "Index of Exhibits in Defendant Eli Lilly and Company's Memorandum of Law in Support of its Motion Under F.R.C.P. 16(f) to Enforce the Court's Scheduling Orders Regarding the Timing of Expert Disclosures and Exclude the Ten-Month Late "Rebuttal" Expert Report of Dr. Adam Urato" (Document Nos. 273, 274, 275, 276, 277, and 278).

**SO ORDERED**.

Signed: December 16, 2015

David C. Keesler
United States Magistrate Judge