IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| | |
|---|---|
| ANGELA SHOEMAKE, Individually, and as Natural Parent and Guardian of minor child, J.S., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELI LILLY & COMPANY, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Eli Lilly And Company's Unopposed Motion To Seal Its Memoranda In Support Of Its Motions In Limine Nos. 3-10 And Exhibits Thereto" (Document No. 297) filed December 23, 2015. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Eli Lilly And Company's Unopposed Motion To Seal Its Memoranda In Support Of Its Motions In Limine Nos. 3-10 And Exhibits Thereto" (Document No. 297) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following documents shall be sealed until otherwise ordered by the Court:

1. Memorandum of Law in Support of Motion *in limine* No. 3 to Exclude Prozac Sales Aids and Marketing Materials Not Seen by Plaintiff's Prescriber;

2. Memorandum of Law in Support of Motion *in limine* No. 4 to Exclude Evidence and Argument Regarding the Elavil Label;

3. Memorandum of Law in Support of Motion *in limine* No. 5 to Exclude Evidence of Adverse Event Reports;

4. Memorandum of Law in Support of Motion *in limine* No. 6 to Exclude Evidence or Argument Regarding Injuries Caused by Prozac Exposure After the First Trimester;

5. Memorandum of Law in Support of Motion *in limine* No. 7 to Exclude Evidence or Argument Suggesting that Lilly Concealed Information from FDA;

6. Memorandum of Law in Support of Motion *in limine* No. 8 to Exclude Evidence of the August 22, 1997 Untitled Letter from DDMAC;

7. Memorandum of Law in Support of Motion *in limine* No. 9 to Exclude Evidence or Argument Suggesting that the 1996 Chambers Study Found a Four-Times Increased Risk of Cardiac Birth Defects;

8. Memorandum of Law in Support of Motion *in limine* No. 10 to Exclude Evidence of Foreign Prozac Labeling; and

9. Exhibits 7-38 from the "Index of Exhibits in Defendant's Memoranda in Support of Motions *in limine* Filed December 23, 2015."

**SO ORDERED**.

Signed: December 29, 2015

David C. Keesler
United States Magistrate Judge