# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:13-CV-013-RLV-DCK

| | | |
|---|---|---|
| **ANGELA SHOEMAKE, Individually, and as Natural Parent and Guardian of minor child, J.S.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | <u>**ORDER**</u> |
| **ELI LILLY & COMPANY,** | ) ) | |
| **Defendant.** | ) ) ) | |

     **THIS MATTER IS BEFORE THE COURT** on "Defendant Eli Lilly And Company's Unopposed Motion To Seal Its Opposition To Plaintiff's Motions In Limine Nos. 1-13 And Exhibits Thereto" (Document No. 376) filed January 13, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and applicable authority, the undersigned will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that "Defendant Eli Lilly And Company's Unopposed Motion To Seal Its Opposition To Plaintiff's Motions In Limine Nos. 1-13 And Exhibits Thereto" (Document No. 376) is **GRANTED**.

     **IT IS FURTHER ORDERED** that the following documents shall be sealed until otherwise ordered by the Court:

1. Opposition to Plaintiff's Motion *in limine* No. 2 to Exclude Any Evidence, Reference, Argument, Suggestion and/or Innuendo that FDA Approval or Compliance with FDA Regulation Absolves Defendant of Responsibility and/or Liability as a Matter of Law;

2. Opposition to Plaintiff's Motion *in limine* No. 10 to Exclude Evidence, Argument and/or References Regarding Safety or Efficacy of Any Non-Prozac SSRI or SSRI as a "Class"; and

3. Exhibits 13-42 from the "Index of Exhibits in Defendant's Oppositions to Plaintiff's Motions *in limine*, Filed January 13, 2016.

**SO ORDERED**.

Signed: January 14, 2016

David C. Keesler
United States Magistrate Judge