**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-013-RLV-DCK**

| | |
|---|---|
| ANGELA SHOEMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties have advised the Court that they have reached a tentative settlement agreement and need additional time to complete the terms and any related documentation. (Document No. 428). The Court commends the parties and counsel for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 25, 2016**.

**SO ORDERED**.

Signed: January 27, 2016

David C. Keesler
United States Magistrate Judge