IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:13-CV-00013-RLV-DCK

| ANGELA SHOEMAKE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** pursuant to a conference call held between the Court and the parties on January 25, 2016. Having been notified by the parties that this matter has been tentatively settled, and having heard the parties' positions on the matter at hand, the Court enters the following Order:

**IT IS ORDERED** that the trial of this matter shall be **CONTINUED** to the March Term beginning February 29, 2016; and

**IT IS FURTHER ORDERED** that the parties shall, between today's date and February 29, 2016, jointly file periodic status reports with the Court concerning their progress and efforts in finally resolving this matter.

**SO ORDERED**.

Signed: January 27, 2016

Richard L. Voorhees
United States District Judge