# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:13-CV-00013-RLV-DCK

| | |
|---|---|
| ANGELA SHOEMAKE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Having been notified by the parties that this matter has been tentatively settled, and having been apprised that the parties need more time in which to reach a final settlement agreement, the Court enters the following Order:

**IT IS ORDERED** that the trial of this matter shall be **CONTINUED** to the May Term, beginning May 2, 2016; and

**IT IS FURTHER ORDERED** that the parties shall jointly file with the Court semi-monthly status reports concerning their progress and efforts in finally resolving this matter.

**SO ORDERED**.

Signed: February 17, 2016

Richard L. Voorhees
United States District Judge